**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 5:11-cv-05579 EJD |
|---|---|
| Plaintiff(s), | **ORDER DIRECTING CLERK TO CLOSE FILE** |
| v. | |
| DANIEL RODRIGUEZ-AGUILERA, | |
| Defendant(s). / | |

Defendant's Motion pursuant to 28 U.S.C. § 2255 having been resolved and judgment entered accordingly (see Docket Item Nos. 74, 75 in Case No. 5:02-cr-20036 EJD), the Clerk is directed to close this file.

**IT IS SO ORDERED.**

Dated: September 13, 2013

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:11-cv-05579 EJD
ORDER DIRECTING CLERK TO CLOSE FILE