IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff(s),<br>　v.<br>DANIEL RODRIGUEZ-AGUILERA,<br><br>　　　　　Defendant(s).<br>　　　　　　　　　　　　　　　　　／ | CASE NO. 5:11-cv-05579 EJD<br><br>**ORDER DIRECTING CLERK TO CLOSE FILE** |

Defendant's Motion pursuant to 28 U.S.C. § 2255 having been resolved and judgment entered accordingly (see Docket Item Nos. 74, 75 in Case No. 5:02-cr-20036 EJD), the Clerk is directed to close this file.

**IT IS SO ORDERED.**

Dated:  September 13, 2013

　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge